

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. CR95-30024 |
| VERSUS | |
| WELTON WRIGHT | JUDGE TUCKER M. MELANÇON<br>MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Wright's Section 2255 motion for vacate, set aside, or correct sentence is DISMISSED WITHOUT PREJUDICE for failure to obtain authorization from the Fifth Circuit prior to filing it in this court.

THUS ORDERED AND SIGNED in Chambers at Lafayette, Louisiana, on this ____ day of June, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE