UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| United States | Criminal No: 95-30024-02 |
| versus | Judge Tucker Melançon |
| Welton J. Wright | Magistrate Judge Kirk |

### ORDER

The Court is in receipt of the defendant's Motion filed Pursuant to 18 U.S.C. sec. 3582(c)(2) for reduction of sentence [Rec. Doc. 572]. After more than thirteen years of incarceration, considering the defendant's present age, if the Court had the power to reduce the defendant's life sentence that the undersigned imposed, it would do so. Alas, the Court does not have that power and defendant's motion, under existing law, regrettably must be denied.

THUS DONE AND SIGNED this 29th day of December, 2006, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE