UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| United States | Criminal No: 95-30024-02 |
| versus | Judge Tucker L. Melançon |
| Welton J. Wright | Magistrate Judge Kirk |

### ORDER

The Court is in receipt of the defendant's Motion to Reconsider Order Denying Petitioner's Motion Under 18 U.S.C. sec. 3582(c)(2), which was sent directly to the undersigned, the original of which is appended hereto. [*Regarding* Rec. Docs. 572, 573]. Under the law, the Court does not have the power to reduce the defendant's sentence nor grant the relief sought in defendant's Motion. For reasons given previously, it is, therefore,

ORDERED that defendant's Motion to Reconsider Order Denying Petitioner's Motion Under 18 U.S.C. sec. 3582(c)(2) is DENIED.

THUS DONE AND SIGNED this 16th day of February, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE