UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| United States | Criminal No: 95-30024-02 |
| versus | Judge Tucker Melançon |
| Welton J. Wright | Magistrate Judge Kirk |

### ORDER

Before the Court is defendant's Motion to Vacate Judgement or in the alternative, Motion in the Interest of Justice all under Fed. R. Civ. P. 60(b) and its Subsections [Rec. Doc. 578]. This is the fifth of such motions requesting same or similar relief by defendant [Rec. Docs. 556, 572, 574, 576]. Under the law, the Court does not have the power or the authority to reduce or vacate defendant's sentence nor grant the relief sought. For the reasons previously stated, it is

**ORDERED** that defendant's Motion [Rec. Doc. 578] is **DENIED.**

THUS DONE AND SIGNED this 29th day of March, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE